SECOND DEPARTMENT, MAY, 1951.

(May 1, 1951.)

∎

ORSON'S, INC., Appellant, v. GEO. RAINESS, INC., Respondent.— Motion by the tenant, Geo. Rainess, Inc., for leave to appeal to the Appellate Division and for a stay granted on condition that within ten days from the entry of the order hereon said tenant file an undertaking in the sum of $7,500, with corporate surety, conditioned for the payment of rent due and which may become due, together with costs and disbursements, in the event the determination of Appellate Term be affirmed, and on the further condition that it perfect the appeal for the September Term, commencing September 17, 1951, and be ready for argument when reached. Otherwise, the motion for a stay and for leave to appeal is denied. Present— Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ.

(May 4, 1951.)

∎

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES AMARANTE, Appellant.— Defendant appeals from a judgment of the County Court of Kings County, rendered on the 29th day of June, 1950, convicting him of criminal contempt of court (seven counts) and sentencing him to imprisonment in the Common Jail of Kings County for a term of one year and to pay a fine of $500, etc., the sentence on each one of the seven counts to run consecutively, etc. Upon the record, the stipulation and consent of the District Attorney of Kings County, and in the interests of justice, the judgment so appealed from is modified by reducing the sentence so imposed to imprisonment for one year in the City Prison of the City of New York. As so modified, the judgment is unanimously affirmed. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

(May 7, 1951.)

∎

ALBERT A. AYUSO, Appellant-Respondent, v. LANE FOODS, INC., Respondent-Appellant.— In an action to recover damages for personal injuries suffered by plaintiff as the result of a fall in the vestibule of defendant's cafeteria because of the alleged presence of an icy condition, plaintiff appeals from so much of an order which sets aside a verdict in his favor as against the weight of the evidence, and defendant appeals from so much of the same order which denies its motion to dismiss the complaint. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.